Form stathrgad (12/03)

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Adversary Proceeding No.:   11−00904
Judge:   Robert A. Gordon

Dan Lain  v.  John C Erickson

PLEASE TAKE NOTICE that a Status Conference/Hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 1/11/12 at 03:00 PM

to consider and act upon the following:

1 − Amended Order Transferring Adversary Proceeding (09−37010/11−3353)from the U.S. Bankruptcy Court for the
North District of Texas Dallas Division to the District of Maryland, Northern Division (O'Connor, Janine).
Additional attachment(s) added on 11/16/2011 (O'Connor, Janine).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/18/11

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Phaedra Neal
301−344−3371