# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 09-37010-sgj11 |
| ERICKSON RETIREMENT COMMUNITIES, ) | (U.S. Bankruptcy Court for the Northern |
| LLC, *et al.*, ) | District of Texas, Dallas Division) |
| ) | (Chapter 11) |
| Debtors. ) | |
| _____) | |
| ) | |
| DAN LAIN, Trustee, Liquidating Creditor Trust ) | |
| of Erickson Retirement Communities, LLC and ) | |
| affiliates, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 11-00904 |
| ) | |
| JOHN C. ERICKSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS IN ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that William J. Murphy, John J. Connolly, and Zuckerman Spaeder LLP, have entered their appearances in this adversary proceeding as counsel for William R. Brody, Harry Kraemer, Jr., Robert J. Lambrix, Earl Linehan, Morton I. Rapoport, M.D., and Maryam Wehe (the "Outside Directors"). Counsel request that they be added to the mailing matrix in this Adversary Proceeding, and that copies of all notices and papers be served upon them.

This Notice of Appearance is not a consent by the Outside Directors to the jurisdiction of this Court or any other court with respect to the Adversary Proceeding, or a waiver by the Outside Directors of any of their rights, including the right to have final orders and judgments

3473375.1

2

entered by a judge of the United States District Court; the right to trial by jury in any proceeding triable in this Adversary Proceeding; and the right to have the United States District Court withdraw the reference of this Adversary Proceeding and any and all matters arising herein.

        ZUCKERMAN SPAEDER LLP

        By: /s/ William J. Murphy
           William J. Murphy (Bar No. 00497)
           John J. Connolly (Bar No. 09537)

        100 East Pratt Street, Suite 2440
        Baltimore, Maryland 21201-1031
        Tel: (410) 332 0444
        Fax: (410) 659 0436
        Email: wmurphy@zuckerman.com
                 jconnolly@zuckerman.com

        *Attorneys for the Outside Director Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2011, I caused copies of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS IN ADVERSARY PROCEEDING to be sent by electronic mail or first-class, postage-prepaid mail to:

Joseph M. Coleman
Kenneth Biermacher
Kane Russell Coleman & Logan PC
1601 Elm Street Suite 3700
Dallas, Texas 75201

James W. Walker
Walker Sewell, LLP
901 Main Street
Suite 5000
Dallas, TX 75202

Richard L. Wasserman
G. Stewart Webb, Jr.
Venable LLP
750 E. Pratt Street Suite 900
Baltimore, MD 21202

Jean E. Lewis
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201

Ralph D. McBride
Stephen B. Crain
Kristin A. McLaurin
E. Benjamin Morse
Bracewell & Giuliani, LLP
711 Louisiana Street Suite 2300
Houston, Texas 77002

Mark C. Alfieri
Hermes Sargent Bates LLP
901 Main Street, Suite 5200
Dallas, TX 75202

        /s/ John J. Connolly
      John J. Connolly

3473375.1