Case 11-00904   Doc 150   Filed 03/30/15   Page 1 of 2
Case 1:11-cv-03736-WDQ   Document 204   Filed 03/30/15   Page 1 of 2
Case 1:11-cv-03736-WDQ   Document 203-2   Filed 03/26/15   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| Dan Lain, Trustee, Liquidating Creditor Trust of Erickson Retirement Communities, LLC and Affiliates, <br><br> Plaintiff(s) <br><br> vs. <br><br> John C. Erickson, et al., <br><br> Defendant(s) | * <br> * <br> * <br> * <br> * <br> * Case No.: 1:11-cv-03736 <br> * <br> * <br> * <br> * <br> * |

**CORRECTED [PROPOSED] FINAL JUDGMENT**

On this day, the Court considered the Corrected Motion for Voluntary Dismissal and Entry of Final Judgment filed by Plaintiff Dan Lain, Trustee of the Liquidating Creditor Trust of Erickson Retirement Communities LLC and affiliates.

After having fully considered the Motion, the Court finds that it should be, and the same is hereby, **GRANTED**. Accordingly, the Court hereby enters final judgment in favor of Plaintiff Dan Lain as follows:

It is **ORDERED** that Plaintiff's claims against the GST Trustees for Usurpation of Corporate Opportunity (Count 5), Unjust Enrichment (Count 7), Conspiracy to Breach Fiduciary Duties (Count 8), and Aiding and Abetting Breach of Fiduciary Duties (Count 9) (collectively, the "Remaining Claims") be dismissed with prejudice.

It is further **ORDERED** that all of the claims and causes of action of Plaintiff have been decided pursuant to the Court's summary judgment memorandum and order dated December 3, 2014. No additional issues remain before the Court.

Case 11-00904   Doc 150   Filed 03/30/15   Page 2 of 2
Case 1:11-cv-03736-WDQ   Document 204   Filed 03/30/15   Page 2 of 2
Case 1:11-cv-03736-WDQ   Document 203-2   Filed 03/26/15   Page 2 of 2

It is further **ORDERED** that Plaintiff have and recover from the GST Trustees judgment in the amount of $107,381.322.34 plus post judgment interest. This judgment shall bear post-judgment interest of 10% per annum from the entry of the judgment until the judgment is satisfied by payment.

It is further **ORDERED** that this judgment disposes of all parties and all claims before this Court, and this is a **FINAL JUDGMENT**. All relief not granted herein is denied.

SIGNED on this ___30___ day of __March__, 2015.

_____
PRESIDING JUDGE

4838-5115-5490, v. 1